IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: MATTHEW R. PIKE | } } } | CASE NO. 09-80051 |
| MATTHEW R. PIKE, et. al.<br><br>Plaintiffs<br><br>v<br><br>BRATTON AUTO FINANCIAL, INC., et. al.<br><br>Defendants | } } } } } } } } } } } } | CASE NO 09-08013 |

## MOTION TO WITHDRAW

    Jeffrey L. Ingram and the firm of Galese & Ingram, P.C. hereby move this Honorable Court for the entry of an Order allowing them to withdraw from their representation of Bratton Auto Financial, Inc. and Bratton Automotive, Inc. in this matter. In support thereof the movants would show that the Defendants have failed to communicate with counsel and that counsel have informed the Defendants of the intent to withdraw.

    Wherefore, from all of the above, Jeffrey L. Ingram and the firm of Galese & Ingram, P.C. move this Honorable Court for the entry of an Order allowing them to withdraw as counsel of record.

                                                 Respectfully submitted,

                                                 s/ Jeffrey L. Ingram
                                                 Jeffrey L. Ingram, Esq.

OF COUNSEL
GALESE & INGRAM, P.C.
800 Shades Creek Parkway
Suite 300

Birmingham, AL 35209
Tel: (205) 949-1122
Fax: (205) 870-0681
Email: Jeff@Galese-Ingram.com

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record in this cause through the Court's electronic filing system and on the below listed parties by U.S. Mail on November, 2009.

Bratton Auto Financial, Inc.
Bratton Automotive, Inc.
1140 Lee Road 197
Phenix City AL 36870

                            s/ Jeffrey L. Ingram